# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENN GATES and DONNA GATES, h/w     :
on behalf of themselves and all others     :
similarly situated     :
    :
          Plaintiffs,     :     CLASS ACTION
    :
       v.     :     Civil Action No. 2:06-CV-01743-GP
    :
ROHM AND HAAS COMPANY, et al.,     :
    :
          Defendants.     :

---

## EXHIBITS TO BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION SUBMITTED BY DEFENDANTS ROHM AND HAAS COMPANY, ROHM AND HAAS CHEMICALS LLC AND MORTON INTERNATIONAL INC.

### VOLUME I

---

Ralph G. Wellington (I.D. No. 10068)
Dennis R. Suplee (I.D. No. 03336)
Jennifer A. L. Battle (I.D. No. 86765)
Stephen A. Fogdall (I.D. No. 87444)
Alison C. Finnegan (I.D. No. 88519)

*Attorneys for Defendants*
*Rohm and Haas Company,*
*Morton International Inc., and*
*Rohm and Haas Chemicals LLC.*

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 751-2488; 2068; 2647
Fax (215) 751-2205

Dated: February 12, 2007

# TABLE OF CONTENTS

1.   Expert Report of Robert Mutch, Jr., P.HG, P.E.................................................................... A

2.   Expert Report of Peter J. Drivas, Ph.D. ...........................................................................B

3.   Expert Report of Darrell D. Bigner, M.D., Ph.D. ...............................................................C