IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLENN GATES and DONNA GATES, h/w
on behalf of themselves and all others
similarly situated

        Plaintiffs,

    v.

ROHM AND HAAS COMPANY, et al.,

        Defendants.

CLASS ACTION

Civil Action No. 2:06-CV-01743-GP

---

**EXHIBITS TO BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION SUBMITTED BY DEFENDANTS ROHM AND HAAS COMPANY, ROHM AND HAAS CHEMICALS LLC AND MORTON INTERNATIONAL INC.**

**VOLUME II**

---

Ralph G. Wellington (I.D. No. 10068)
Dennis R. Suplee (I.D. No. 03336)
Jennifer A. L. Battle (I.D. No. 86765)
Stephen A. Fogdall (I.D. No. 87444)
Alison C. Finnegan (I.D. No. 88519)

*Attorneys for Defendants
Rohm and Haas Company,
Morton International Inc., and
Rohm and Haas Chemicals LLC.*

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel. (215) 751-2488; 2068; 2647
Fax (215) 751-2205

Dated: February 12, 2007

## TABLE OF CONTENTS

4. Expert Report of Peter A. Valberg, Ph.D. .................................................................. D
5. Expert Report of Patricia Buffler, M.P.H., Ph.D. ....................................................... E
6. Expert Report of Richard J. Roddewig ....................................................................... F
7. Deposition Transcript of Sidney Martin ..................................................................... G
8. Deposition Transcript of Stan Zagula ........................................................................ H
9. Plume maps ................................................................................................................. I
10. Deposition Transcript of James Hill ........................................................................... J
11. Deposition Transcript of Daniel Schmitt .................................................................... K
12. Deposition Transcript of Edwin Begley ..................................................................... L
13. Deposition Transcript of Joseph Zakrocky ................................................................. M
14. Deposition Transcript of Gary Ginsberg ..................................................................... N
15. Letter from James Hill, dated February 2, 2007 ......................................................... O
16. Deposition Transcript of Glenn Gates ........................................................................ P