IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN GATES, ET AL., | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS COMPANY, ET AL., | : | |
|     Defendants. | : | NO. 06-1743 |

## ORDER

AND NOW, this 5th day of March 2010, upon consideration of the Plaintiffs' Motion for Class Certification (Docket No. 41) and all memoranda submitted in connection therewith, and following a hearing on class certification conducted on June 12, 13, and 20, 2008, it is hereby ORDERED that the Motion is DENIED consistent with the accompanying Memorandum.

IT IS FURTHER ORDERED that a status conference is scheduled to be held with the Honorable Gene E.K. Pratter on March 29, 2010 at 2:30 p.m. in Chambers, Room 7614, United States Courthouse.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE