UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 6, 2010
CCO-102

No. 10-8018

GLENN GATES; DONNA GATES, H/W,
ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED

v.

ROHM AND HAAS COMPANY; MORTON INTERNATIONAL, INC.;
ROHM AND HAAS CHEMICALS LLC; HUNTSMAN; HUNTSMAN POLYURETHANES;
MODINE MANUFACTURING COMPANY; DARELL D. BIGNER, M.D., P.H.D.

Glenn Gates; Donna Gates,
Petitioners
(E.D. Pa. No. 06-cv-01743)

Present:   BARRY, FISHER and ALDISERT, Circuit Judges.

1. Petition by Petitioners, Glenn Gates and Donna Gates, for Leave to Appeal the District Court Order of March 5, 2010 pursuant to Fed. R. Civ. P. 23(f).

2. Response by Respondents, Rohm And Haas Company and Rohm And Haas Chemicals, LLC, in Opposition to Petitioners Petition for Leave to Appeal the District Court Order of March 5, 2010 pursuant to Fed. R. Civ. P. 23(f).

/s/Maria L. Reyes
Case Manager (267)299-4937

_____ O R D E R _____

The foregoing motion is granted.

By the Court,

/s/ D. Michael Fisher
Circuit Judge

Dated: April 14, 2010

MLR/cc:
Aaron J. Freiwald, Esq.

A True Copy

Marcia M. Waldron, Clerk

**Nilam A. Sanghvi, Esq.**
**Michael B. Scalzitti, Esq.**
**Samuel W. Silver, Esq.**
**Carl A Solano, Esq.**
**Ralph G. Wellington, Esq.**
**David B. Bartel, Esq.**
**Albert G. Bixler, Esq.**
**Joseph A. Cancila, Esq.**
**Christine Cowles, Esq.**
**Catherine A. Faught, Esq.**
**Elizabeth S. Gallard, Esq.**
**Anita J. Murray, Esq.**
**Nancy J. Gellman, Esq.**

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### NOTICE

### GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $455.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: Maria Reyes
Case Manager
267-299-4937


cc: Aaron J. Freiwald, Esq.
    Nilam A. Sanghvi, Esq.
    Michael B. Scalzitti, Esq.
    Samuel W. Silver, Esq.
    Carl A Solano, Esq.
    Ralph G. Wellington, Esq.
    David B. Bartel, Esq.
    Albert G. Bixler, Esq.

Joseph A. Cancila, Esq.
Christine Cowles, Esq.
Catherine A. Faught, Esq.
Elizabeth S. Gallard, Esq.
Anita J. Murray, Esq.
Nancy J. Gellman, Esq.