IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Gates, et al

vs.

Rohm and Haas Company, et al

06-1743
District Court Docket Number

Notice of Appeal Filed 4/14/2010
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _X_ Paid __ Not Paid    __Seaman
    Docket Fee        _X_ Paid __ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: USCA, Appeals Clerk
    Judge Pratter
    A. Freiwald; D. Suplee; J. Battle; R. Wellington; S. Silver;
    S. Fogdall; A. Finnegan; K. Kleba; M. Scalzitti; A. Bixler;
    N. Gellman; C. Cowles; A. Murray; J. Cancila; E. Gallard;
    D. Bartel; C. Hernandez-Malaby; A. Vogel, Jr.; C. Faught

Defendant's Address (for criminal appeals)

Prepared by : _____
                   Thomas Giambrone-Deputy Clerk

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm