# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLENN GATES, ET AL., | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ROHM AND HAAS COMPANY, ET AL., | : | NO. 06-1743 |
| | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 23rd day of March 2011, upon consideration of the parties' joint request for the distribution of unclaimed funds remaining in the settlement class fund to charitable organizations, the materials provided by the parties, and following a conference with the parties on September 8, 2010, it is hereby ORDERED that the request is GRANTED as permitted herein. Accordingly, the amount of $815,099.10, plus interest earned on the full $896,661.93 fund since July 16, 2010 (less any additional, documented expenses chargeable to the fund incurred since September 8, 2010), remaining in the Medical Monitoring Settlement Class fund shall be distributed to the following charitable organizations pursuant to the following allocations:

| | |
|---|---|
| Gavers Community Cancer Foundation: | 50% |
| Johnsburg Education Partnership Foundation Inc.: | 10% |
| McHenry County Community Foundation: | 20% |
| McHenry High School District 156 Foundation Inc.: | 10% |
| Neighbors Helping Neighbors Charity, NFP: | 10% |

It is FURTHER ORDERED that Johnsburg Education Partnership Foundation Inc., McHenry High School District 156 Foundation Inc., and Neighbors Helping Neighbors Charity, NFP may only receive their respective allocations so long as those organizations, by December

31, 2011, provide Liaison Counsel and Modine with the appropriate documentation to establish that the organization is registered with the Illinois Attorney General and is in compliance with applicable state law requirements, to authorize receipt of funds as proposed herein, and specific to Neighbors Helping Neighbors Charity, NFP only, that the Internal Revenue Service recognizes it as a 501(c)(3) organization. If an organization does not meet the aforementioned conditions, the organization's respective allocation shall be distributed to Gavers Community Cancer Foundation.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge